```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| TERIAN TOOMER | : | NO. 01-573 |

## ORDER

AND NOW this 15th day of September, 2015, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the request of Terian Toomer for the appointment of counsel is DENIED.

                          BY THE COURT:


                          /s/ Harvey Bartle III
                                                      J.