IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 01-573 |
| v. | : | |
| | : | CIVIL ACTION |
| TERIAN TOOMER | : | NO. 16-3235 |

ORDER

AND NOW, this 27th day of April, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of petitioner Terian Toomer to correct sentence under 28 U.S.C § 2255 (Doc. # 71) is DENIED; and

(2) no certificate of appealability is issued.

BY THE COURT:

/s/ Harvey Bartle III
                                                J.