IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 01-573 |
| v. | : | |
| | : | CIVIL ACTION |
| TERIAN TOOMER | : | NO. 16-3235 |

ORDER

AND NOW, this 10th day of January, 2018, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the court's Memorandum and Order dated April 27, 2017 (Docs. # 83 and # 84) are VACATED; and

(2) the motion of Terian Toomer to vacate, set aside, or correct his sentence under 28 U.S.C § 2255 (Doc. # 71) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                                 J.